IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY LENARD WILSON                                                                                      PLAINTIFF

v.                                        Civil No. 6:08-cv-06056

DAVID TURNER, Sheriff,
Clark County, Arkansas; and
JACKIE NEWBURN, Jail
Administrator, Clark County
Detention Center                                                                                         DEFENDANTS

## JUDGMENT

This action came to trial before the Court. The issues have been tried and a decision has been rendered. For the reasons stated in the memorandum opinion of this date, the Court finds that the Plaintiff recover nothing and that the Complaint (Doc. 2) should be and hereby is **DISMISSED** with prejudice.

**IT IS SO ORDERED** this **10th day of June 2009.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE